IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORI BLOYD,

      Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-432-jdp

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorneys fees under the Equal Access to Justice Act to Dana Duncan in the amount $7,000.

s/V. Olmo, Deputy Clerk        3/26/2015

Peter Oppeneer, Clerk of Court        Date